# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Harley Daniel Rhoades**<br>DOB: 1978; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-12263MJ** |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i) and 18 U.S.C. § 922(g)(1), 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**CHARGE 1:** On or about October 15, 2025, in the District of Arizona, **Harley Daniel Rhoades**, knowing and in reckless disregard of the fact that certain illegal aliens, including Elizabeth Martinez-Hernandez and Fernando Valente-Villanueva, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**CHARGE 2:** On or about October 15, 2025, in the District of Arizona, **Harley Daniel Rhoades**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate or foreign commerce, to wit: a FN 5.7 semi-automatic pistol, in violation of **Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 15, 2025, in the District of Arizona (Sonoita), at approximately 9:37 a.m., Border Patrol agents (BPAs) were advised that the Naco Border Patrol Station had observed a suspicious gold 2007 Nissan Murano leaving their area of responsibility. It was possibly engaged in alien smuggling. At approximately 9:59 a.m., BPAs positioned at the crossroads of State Route (SR) 82 and SR 83 observed the Murano travelling west on SR 82 and turning north on SR 83. The Murano had a bike rack covering the license plate. BPAs observed that the driver of the Murano had a straight, upright posture with both hands tightly gripping the steering wheel. Through the rear window, BPAs observed an individual in the back seat duck down as the Murano passed their position. The individual in the back seat did not sit back up and appeared to be attempting to conceal themselves. BPAs noted that the Murano slowed down when they began following it north on SR 83. BPAs were able to see that the Murano was bearing Utah license plate 9X4RD. Record checks on Murano returned out of Coalville, Utah. BPAs initiated a vehicle stop near mile marker 35, and the Murano continued driving for another mile before eventually yielding near mile marker 36. As BPAs approached the Murano, they instructed the driver, identified as **Harley Daniel Rhoades**, to lower the front and passenger windows of the vehicle. BPAs then observed three individuals in the back seat wearing camouflage, laying down attempting to conceal themselves. BPAs directed **Rhoades** to remove the keys from the vehicle and he began to plead with them and reach around his immediate area. Other BPAs then arrived and asked **Rhoades** if there were any weapons in the vehicle and he replied, "there is a black powder handgun in the car." An immigration inspection was performed on the three individuals in the back seat, including Elizabeth Martinez-Hernandez and Fernando Valente-Villanueva, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Elizabeth Martinez-Hernandez and Fernando Valente-Villanueva do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Rhoades** was taken into custody. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Elizabeth Martinez-Hernandez and Fernando Valente-Villanueva

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>October 16, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

A subsequent search of the Murano revealed a FN 5.7 semi-automatic pistol with a loaded magazine in the front passenger seat in a black cloth bag and a F. Iii Pietta black powder revolver with three rounds in the cylinder between the center console and the driver's seat. Both firearms were within reach of **Rhoades** as the driver of the vehicle, and he was confirmed as the registered owner of the vehicle. A records check of **Rhoades**' criminal history revealed that he is a convicted felon, including being convicted of a felony drug crime on September 26, 2019, in the Third District Court of Evanston, Wyoming in which he was sentenced to two years in prison. An agent from Alcohol, Tobacco, and Firearms (ATF) verbally confirmed that both firearms, including the FN 5.7 semi-automatic pistol, had an interstate nexus.

Material witness Elizabeth Martinez-Hernandez stated that she is a citizen of Mexico and that her aunt paid the fee for her to be smuggled into the United States. She illegally crossed the border at a location with Normandy barriers and was guided by a young man. She walked for about five hours before being picked up by a small beige car. Martinez-Hernandez described the driver of the vehicle as a medium-height white man with tattoos who spoke English. She did not see any weapons in the vehicle. She stated that the driver drove her and two others without stopping until they were pulled over by Border Patrol.

Material witness Fernando Valente-Villanueva stated that he is a Mexican citizen and that his grandmother paid the fee for him to be smuggled into the United States. He illegally crossed the border by climbing over a 30-foot bollard fence and walked through the night before being picked up by a cream-colored vehicle driven by a male. He and two other passengers were in the back seat. Valente-Villanueva stated that the driver did not use his phone for directions or calls and did not stop driving until they were pulled over by Border Patrol.